# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| **TRAVISE HULEY,** | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 5:07-cv-56 (HL) |
| **Probation Officer RICHARD GIDDENS, Sheriff BILL MASSEE, and the BALDWIN COUNTY BOARD OF COMMISSIONERS,** | : | |
| Defendants. | : | |

**ORDER**

This matter is before the Court on the Recommendation of United States Magistrate Judge Claude W. Hicks, Jr., entered March 12, 2007 (Doc. 5). Plaintiff, Travise Huley, has not filed written objections to the Recommendation, as permitted by 28 U.S.C. § 636(b)(1). The Magistrate Judge recommends that the Baldwin County Board of Commissioners be dismissed from this action. The Court, having given the matter due consideration, accepts the Recommendation. The Baldwin County Board of Commissioners is hereby dismissed as a party to this action.

**SO ORDERED**, this the 1st day of May, 2007.

*s/ Hugh Lawson*
**HUGH LAWSON, JUDGE**

mls