# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **TRAVISE HULEY,** : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 5:07-cv-56 (HL) |
| : | |
| **Probation Officer RICHARD** : | |
| **GIDDENS and Sheriff BILL** : | |
| **MASSEE,** : | |
| : | |
| Defendants. : | |

_____

## ORDER

The Recommendation of United States Magistrate Judge Claude W. Hicks Jr., entered March 19, 2010 (Doc. 62), in the above-captioned case is before the Court. Plaintiff has not filed written objections to the Recommendation, as permitted by 28 U.S.C. § 636(b)(1). Magistrate Judge Hicks recommends that the Motions to Dismiss filed by Defendant Giddens (Doc. 10) and Defendant Massee (Doc. 11) be granted.

The Court has reviewed the Recommendation and finds no clear error in the Magistrate Judge's decision. Accordingly, the Court accepts the Recommendation to grant Defendant Giddens' Motion to Dismiss (Doc. 10) and Defendant Massee's Motion to Dismiss (Doc. 11).

**SO ORDERED**, this the 12th day of April, 2010.

        *s/ Hugh Lawson*
        **HUGH LAWSON, SENIOR JUDGE**

mbh